In the Matter of GERTRUDE E. ERNST, Appellant, against BOARD OF APPEALS ON ZONING OF THE CITY OF NEW ROCHELLE, Respondent.

Argued January 4, 1949; decided January 13, 1949.

*Terence J. McManus* and *Walter E. Ernst* for appellant.

*Aaron Simmons, Corporation Counsel (John A. Bodmer* and *Murray C. Fuerst* of counsel), for respondent.

*Leonard I. Schreiber* for Edna D. Miller and others, *amici curiæ,* in support of respondent's position.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.